IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01648-RPM

GINA JONES,

        Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF BOULDER, COLORADO,

        Defendant.

---

ORDER GRANTING MOTION TO AMEND COMPLAINT

---

Upon consideration of Plaintiff's Motion to Amend Complaint and Add Additional Parties Pursuant to F.R.C.P. 15(a) and F.R.C.P. 21 [11] it is

ORDERED that the motion is granted and the first amended complaint attached thereto is deemed filed.

Date: November 5th, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge