IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:               January 30, 2008
Courtroom Deputy:   J. Chris Smith
FTR Technician:     Kathy Terasaki

_____

Civil Action No. 07-cv-01648-RPM

GINA JONES,                                                Paul J. Maxon

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS                              Madeline J. Meachum
Of the County of Boulder, Colorado,                        Shelley S. Bailey
JOE PELLE, Boulder County Sheriff,
JACKIE JORISSEN,
Former Medical Administrator for the Boulder County Jail,

    Defendants.
_____

## COURTROOM MINUTES
_____

**Motion Hearing**

**10:30 a.m.**   **Court in session.**

Plaintiff present.

Court's preliminary remarks.

10:34 a.m.   Argument, statements and answers to questions asked by the Court by Mr. Maxon.

**ORDERED:**   **Defendants' Motion to to Dismiss Board of County Commissioners Individual Claim Against Joe Pelle, Boulder County Sheriff and Individual and Official Capacity Claims Against Jackie Jorissen, Former Medical Administrator for the Boulder County Jail, filed November 28, 2007 [15], is granted.**

**ORDERED:**   **Plaintiff has to February 29, 2008 (30 days) to file an amended complaint. Discovery is extended to April 29, 2008 (90 days).**

10:45 a.m.   Statements by Ms. Meachum.

**10:46 a.m.**   **Court in recess.**         Hearing concluded.  Total time: 16 min.