IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01648-RPM

GINA JONES,

        Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF BOULDER, COLORADO,

        Defendant.

---

## ORDER FOR STAY OF DISCOVERY

---

On January 30, 2008, this Court entered an order granting the defendants' motion to dismiss with leave to file an amended complaint on or before February 29, 2008. On February 5, 2008, the defendants filed a motion for stay of proceedings to which the plaintiff responded an objection on February 25, 2008. At this time, there is no joinder of issues in this civil action because the amended complaint has not yet been filed. Accordingly, it is

ORDERED that discovery in this matter is stayed until further order of court. It is the Court's expectation that if an amended complaint is filed and issue joined, the parties will stipulate to a new scheduling order.

Date: February 26, 2008

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
                                     Richard P. Matsch, Senior District Judge