## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-01648-RPM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: May 1, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| GINA JONES, | Paul J. Maxon |
| **Plaintiff,** | |
| v. | |
| BOARD OF COUNTY COMMISSIONERS OF | Madeline J. Meacham |
| THE COUNTY OF BOULDER, COLORADO, *et al.*, | Shelley Stratton Bailey |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 2:23 p.m.
Court calls case. Appearances of counsel.

Counsel discuss their discovery disputes with the court, and the court offers its insights.

**ORDERED:** Plaintiff's First Motion to Compel Discovery Pursuant to F.R.C.P. 37 [filed January 18, 2008; doc. 20] is denied for the reasons stated on the record.

**ORDERED:** Defendants' Motion for Leave to File Surreply to Plaintiff's Reply to Defendants' Response to Plaintiff's First Motion to Compel Discovery Pursuant to Fed.R.Civ.P. 37 [filed April 10, 2008; doc. 36] is granted.

Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

HEARING CONCLUDED.

**Court in recess:** 4:24 p.m.
Total time in court: 02:01