**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01648-RPM-CBS

GINA JONES,

Plaintiff

v.

BOARD OF COUNTY COMMISSIONERS of the County of BOULDER, COLORADO;

JOE PELLE, BOULDER COUNTY SHERIFF, Individually and Officially;

JACKIE JORISSEN, FORMER MEDICAL ADMINISTRATOR FOR THE BOULDER COUNTY JAIL, Individually and Officially.

Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S THIRD CLAIM IN THE SECOND AMENDED COMPLAINT PURSUANT TO F.R.C.P. 41(a)(1)**

---

Upon the Parties' Stipulation for Dismissal with Prejudice of Plaintiff's Third Claim in the Second Amended Complaint, it is

ORDERED that the Plaintiff's third cause of action for Retaliation for Reporting of Patient Safety Concerns Pursuant to C.R.S. §8-2-123 be dismissed with prejudice, each side to bear their own costs and fees.

Dated this 21st of July, 2008.

                                                        BY THE COURT:

                                                        s/Richard P. Matsch
                                                        _____
                                                        Richard P. Matsch, Senior Judge