**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              July 10, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-01648-RPM

GINA JONES,                                             Paul J. Maxon

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS                           Madeline J. Meacham
Of the County of Boulder, Colorado,
JOE PELLE, Boulder County Sheriff,
JACKIE JORISSEN,
Former Medical Administrator for the Boulder County Jail,

      Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Defendants' Motion for Summary Judgment**

**1:32 p.m.      Court in session.**

Plaintiff Gina Jones and defendant Jackie Jorissen are present.

Court's preliminary remarks and states its understanding of the case.

1:44 p.m.      Argument by Ms. Meacham.
1:59 p.m.      Argument by Mr. Maxon.
2:31 p.m.      Argument by Ms. Meacham.

**ORDERED:   Defendants' Motion for Summary Judgment, filed June 20, 2008 [44], is taken under advisement.**

**2:42 p.m.      Court in recess.**

Hearing concluded.  Total time: 1 hr. 10 min.